UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WENDELL RIELS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 16-1772-CAS (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 25, 2016

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　U.S. DISTRICT JUDGE